IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EDGAR SHEPARD                                                                                           PLAINTIFF

v.                                              Case No. 1:16-cv-1086

JAMES BOLTON; and
SHERYL MENDENHALL                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 4, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16). Judge Bryant recommends that Plaintiff's Complaint should be dismissed without prejudice because Plaintiff has failed to keep the Court and Defendants apprised of a change in his address as required by Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of January, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge